UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MCCLANAHAN TIRE, LLC, et al.,<br><br>Defendants. | Case No. EDCV 19-860 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, the Court GRANTS Plaintiff's motion for default judgment against Defendant McClanahan Tire, LLC ("McClanahan"). Judgment is entered as follows:

1.     The Court DECLARES the policy no. CPV0001539 ("Policy") rescinded retroactive to its inception date of May 15, 2014, as if it never issued.

//

//

//

//

3. Plaintiff is ORDERED to mail a copy of this judgment and the Order concurrently filed therewith to McClanahan Tire. Plaintiff shall file Proof of Service with the Court within ten days of the date of this order.

Dated: June 18, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge