JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Plaintiff,<br><br>v.<br><br>MCCLANAHAN TIRE, LLC; SUSAN MCCLANAHAN a/k/a SUSAN HAMS, an individual; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 5:19-cv-00860 JGB (SPx)<br><br>**JUDGMENT**<br><br>Date:      May 17, 2022<br>Time:      1:00 p.m.<br>Crtrm.:    1<br>Judge Jesus G. Bernal |

Pursuant to the Court's prior Orders granting Plaintiff Penn-Star Insurance Company's motion for summary judgment and declaring Policy CPV0001539 rescinded retroactive to its inception date of May 15, 2014, as if it never issued, and pursuant to the Bench Trial which took place on May 17, 2022, the Court enters judgment in favor of Penn-Star Insurance Company and against Defendant Susan McClanahan as follows:

Penn-Star Insurance Company shall recover from Susan McClanahan the amount of $37,765.41 (thirty-seven thousand seven hundred sixty-five dollars and forty one cents), plus pre-judgment at the rate of 10% per annum in the sum of $9,357.29 (nine thousand three hundred fifty-seven dollars and twenty-nine cents) for a total of

1  $47,122.70 (forty-seven thousand one hundred twenty-two dollars and seventy cents)
2  plus post-judgment interest at the rate of 2.02%,[1] plus costs.

3        IT IS SO ORDERED.

5  DATED:  June 1, 2022

6                                                    _____
                                                     Honorable Jesus G. Bernal
                                                     UNITED STATES DISTRICT COURT

---

[1] Interest is calculated from the date of entry of judgment "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding . . . the date of judgment." 28 U.S.C. § 1961(a).